IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL ACTION NO. 3:08-1526-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER OF DISMISSAL |
| RACHEL TYLER STEWART, ) | |
| INDIVIDUALLY, AND AS PERSONAL ) | |
| REPRESENTATIVE OF THE ESTATE ) | |
| OF WILLIAM HOWARD SPEAR, ET ) | |
| AL., ) | |
| ) | |
| Defendant(s). ) | |

This foreclosure action was commenced by the filing of the Complaint on April 9, 2008. In order to restructure this matter, the plaintiff wishes to have this action dismissed. Therefore, on motion of the plaintiff, this action is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 4(m).

IT IS SO ORDERED.

December 16, 2010  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge